# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| *AKOSUA AAEBO,,* | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:19-cv-00696 |
| | ) |
| THE DEPOSITORY TRUST & CLEARING CORPORATION, | ) ) |
| | ) |
| Defendant. | ) |

## DISCLOSURE OF ORGANIZATIONAL INTERESTS

Pursuant to Local Rule 7.1 and Federal Rule of Civil Procedure 7.1, counsel of record for Defendant Depository Trust & Clearing Corporation hereby discloses the following organizational interests:

1. If the subject organization is a corporation:

    a. Its parent companies or corporations: None.

    b. Its subsidiaries not wholly owned by the subject corporation: None.

    c. Any publicly held company or corporation that owns ten percent (10%) or more of the subject corporation's stock: None.

2. If the subject organization is a limited liability company or a limited liability partnership, its members and each member's state of citizenship: Not Applicable.

SANDBERG PHOENIX & von GONTARD P.C.

By: /s/ *Ross A. Boden*
Ross A. Boden, #63453MO
Meghan M. Sholy, #71174MO
4600 Madison Avenue, Suite 1250
Kansas City, MO 64112-3032
816-627-5332
816-627-5532 (Fax)
rboden@sandbergphoenix.com
msholy@sandbergphoenix.com

and

Clayton Kuhn, MO #55222
600 Washington Avenue - 15th Floor
St. Louis, MO 63101-1313
314-231-3332
314-241-7604 (Fax)
ckuhn@sandbergphoenix.com

*Attorneys for Defendant*
*The Depository Trust & Clearing Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on the 12th day of February 2020, the foregoing was served via United States mail, first class postage prepaid, upon the following parties:

Akosua Tanisha Aaebo
8648 Osage Avenue
Kansas City, KS 66111
*Plaintiff Pro Se*

/s/ *Ross A. Boden*

2
12906430.1
Case 4:19-cv-00696-FJG   Document 10   Filed 02/12/20   Page 2 of 2